IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY A. BIANCA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 11-CV-636-JHP-FHM ) |
| INDEPENDENT SCHOOL DISTRICT TULSA, *et al.* | ) ) ) |
| Defendants. | ) ) |

**OPINION AND ORDER**

Plaintiff's Motion for Order Requiring Production of Plaintiffs' OESC File [21] is before the court for decision. No response has been filed. Plaintiff's motion is deemed confessed LCvR 7.2 (e) and is hereby GRANTED.

The Oklahoma Employment Security Commission is ordered to release to Plaintiff its complete files, including any documents relating to an appeal, if any which relate to the Plaintiff in this case.

DATED this 24th day of April, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE